

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00052-CR

| | | |
|---|---|---|
| JUSTIN MICHAEL LOVE, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (56,962-A) |
| V. | § | March 26, 2020 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr